# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE

Index No: **07 CIV 6664**

| | |
|---|---|
| Plaintiff/Petitioner: | **Brian Woloshin** |
| Defendant/Respondent: | **Aetna Life Insurance Company** |

ss.:

**Stephen Tomkowski**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the State of Connecticut, County of New Haven.

On **07/30/2007** at **3:15 PM**, I served the within **Summons, Complaint and Preliminary Order in Case Designated to WP4 Calendar** on **Aetna Life Insurance Company** at **151 Farmington Ave, Hartford, CT 06156** in the manner indicated below:

☑ CORPORATE SERVICE: By delivering a true copy of each to **Tonya Affricano, Administrative Unit Head** of the above named corporation. So served and authorized to accept service.

A description of the Defendant, or other person served on behalf of the Defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Black | 40 | 5'6 | 150 |
| Other features: | | | | | |

Sworn to and subscribed before me this
___2___ day of ___August___, 20_07_
by an affiant who is personally known to
me or produced identification.

x _____S. Tomkowski_____
Stephen Tomkowski

_____Linda J. Perlmutter_____
NOTARY PUBLIC
My Commission Expires: __12/31/08__