UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
BRIAN WOLOSHIN, on behalf of himself    Case No. 07 CV 6664 (KMK)
and all others similarly situated

                                      ECF CASE

                          **Plaintiff,**

                                      **Magistrate Judge Yanthis**

                v.

**AETNA LIFE INSURANCE COMPANY,**

                          **Defendant.**
------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for defendant Aetna Life Insurance Company. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       August 15, 2007

                                                                       DAY PITNEY LLP

                                                                       By:    */s/ Jonathan Matthew Borg*
                                                                              Jonathan Matthew Borg (JB-9487)

                                                                  7 Times Square
                                                                  New York, NY 10036-7311
                                                                  Telephone:   (212) 297-5800
                                                                  Facsimile:    (212) 916-2940
                                                                 jborg@daypitney.com

1554377A01081507