UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
BRIAN WOLOSHIN, on behalf of himself         Case No. 07 CV 6664 (KMK)
and all others similarly situated

                                                  ECF CASE

                          Plaintiff,

                                                  Magistrate Judge Yanthis

          v.

AETNA LIFE INSURANCE COMPANY,

                          Defendant.
-----------------------------------------------------------------------x

## RULE 7.1 STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Aetna Life Insurance Company (a private non-governmental party) certifies that it is a wholly-owned subsidiary of Aetna, Inc., which is publicly traded on the New York Stock Exchange under the symbol "AET".

Dated: New York, New York
          August 15, 2007

                                              DAY PITNEY LLP

                                              By:   /s/ *Jonathan Matthew Borg*
                                                      Jonathan Matthew Borg (JB-9487)

                                              7 Times Square
                                              New York, NY 10036-7311
                                              Telephone:   (212) 297-5800
                                              Facsimile:    (212) 916-2940
                                              jborg@daypitney.com

                                              Attorneys for Defendant,
                                              Aetna Life Insurance Company

1553059A06081507