**DAY PITNEY** LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, D.C.

JONATHAN M. BORG
Attorney At Law

7 Times Square
New York, NY 10036
T: (212) 297-5816 F: (212) 916-2940
jborg@daypitney.com

August 16, 2007

**VIA ECF**

Untied States District Court,
Southern District of New York
500 Pearl Street
New York, NY 10007

Attn:   Hon. Kenneth M. Karas, U.S.D.J.

Re:   **Brian Woloshin v. Aetna Life Insurance Company**
Southern District of New York Case No. 07 CV 6664 (KMK) (GAY)

Dear Honorable Sir:

This firm represents Aetna Life Insurance Company ("Aetna") in connection with the above matter. Pursuant to Your Honor's Individual Practice Rules, this letter is written to respectfully request an extension of time for Aetna to Answer the Complaint filed herein by plaintiff Brian Woloshin.

The Court Docket reflects that the date by which Aetna is to respond to the Complaint is August 27, 2007. No previous requests for an extension were made herein, and plaintiff's counsel has consented to an extension of thirty (30) days, as evidenced by the Stipulation Extending Time which is enclosed herewith.

The undersigned may be reached at Your Honor's convenience at the above number should the Court have any questions.

Respectfully submitted,

/s/ Jonathan M. Borg

Jonathan M. Borg

Enclosure

1554768A02081607

DAY PITNEY LLP

Hon. Kenneth M. Karas, U.S.D.J.
August 16, 2007
Page 2

cc: Richard Quadrino, Esq. (via email, w/ Enclosure)
Michael Hack, Esq. (via email, w/ Enclosure)
Gina M. Tufaro, Esq. (via email, w/ Enclosure)
Paul O. Paradis, Esq. (via email, w/ Enclosure)

1554768A02081607