UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BRIAN WOLOSHIN, on behalf of himself
and all others similarly situated

Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

Defendant.
------------------------------------------------------------------x

Case No. 07 CV 6664 (KMK)

ECF CASE

Magistrate Judge Yanthis

### STIPULATION AND ORDER EXTENDING TIME
### TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

It is hereby stipulated and agreed by and between plaintiff Brian Woloshin and defendant Aetna Life Insurance Company ("Aetna"), through their undersigned attorneys, that the time for Aetna to answer, move, or otherwise respond to the Complaint shall be extended through and including September 14, 2007. No extensions of time were previously requested or granted.

Horowitz, Horowitz & Paradis

By: /s/ Paul O. Paradis /JMB w/authorization
Paul O. Paradis (PP-9335)
Gina M. Tufaro (GT-5419)

28 West 44th Street – 16th Floor
New York, NY 10036
Telephone:   (212) 404-2200
Facsimile:   (212) 404-2226

- and -

Richard J. Quadrino (RQ-0233)
Michael Z. Hack (MH-6127)
Quadrino & Schwartz, P.C.
666 Old Country Road – Ninth Floor
Garden City, NY 11530
Telephone:   (516) 745-1122
Facsimile:   (516) 745-0844

Attorneys for Plaintiff, Brian Woloshin

DAY PITNEY LLP

By: /s/ Jonathan Matthew Borg
Jonathan Matthew Borg (JB-9487)

7 Times Square
New York, NY 10036
Telephone:   (212) 297-5800
Facsimile:   (212) 916-2940

Attorneys for Defendant,
Aetna Life Insurance Company

All future pre-trial requests should be made to Judge Yanthis, as per the 7/24/07 referral order.

✓ So Ordered this 4th day of ~~August~~ September, 2007

_____
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

1554767A01082107