## CERTIFICATE OF SERVICE

I, Kerry Ann Reid, hereby certify that on September 18, 2007, I caused the following document:

**AMENDED CLASS ACTION COMPLAINT**

to be served via MESSENGER on the following party:

JONATHAN M. BORG
**DAY PITNEY, LLP**
Times Square Tower
7 Times Square
New York, NY 10036

and via facsimile on the following party:

RICHARD J. QUADRINO
MICHAIL Z. HACK
**QUADRINO & SCHWARTZ, P.C.**
666 Old Country Road, 9th Floor
Garden City, New York 11530
(516) 745-0844

Dated: September 18, 2007

_____
Kerry-Ann Reid