Jonathan Matthew Borg (JB-9487)
DAY PITNEY LLP
7 Times Square
New York, New York 10036
Telephone:   (212) 297-5800
Facsimile:   (212) 916-2940
Email:       jborg@daypitney.com

Attorneys for Defendant, Aetna Life Insurance Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| **BRIAN WOLOSHIN, on behalf of himself and all others similarly situated** | Case No. 07 CV 6664 (KMK) |
| | ECF CASE |
| **Plaintiff,** | |
| | Magistrate Judge Yanthis |
| -against- | |
| **AETNA LIFE INSURANCE COMPANY,** | |
| **Defendant.** | |

-----------------------------------------------------------------x

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

To:  Paul O. Paradis, Esq.
     Gina M. Tufaro, Esq.
     Horwitz, Horwitz & Paradis
     28 West 44th Street – 16th Floor
     New York, NY 10036

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, the undersigned, Jonathan M. Borg, Esq., a member in good standing of the bar of this Court, and pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, hereby moves this Court for an Order allowing the admission *pro hac vice* of:

1559373A06092707

        James H. Rotondo, Esq.
        DAY PITNEY LLP
        242 Trumbull St.
        Hartford, CT 06103
        Telephone:   (860) 275 0100
        Facsimile:    (860) 275 0343
        Email:        jhrotondo@daypitney.com

Mr. Rotondo is a partner with Day Pitney LLP, and a member in good standing of the Bars of the States of Connecticut and Massachusetts, the United States District Court for the District of Connecticut, and the United States Court of Appeals for the Second Circuit. There are no pending disciplinary proceedings against Mr. Rotondo in any State or Federal Court.

Dated: New York, New York
       September 27, 2007

                                      Respectfully submitted,

                                      DAY PITNEY LLP

                                      By: _____
                                           Jonathan Matthew Borg (JB-9487)

                                      7 Times Square
                                      New York, NY 10036
                                      Telephone:   (212) 297-5800
                                      Facsimile:    (212) 916-2940

                                      Attorneys for Defendant,
                                      Aetna Life Insurance Company

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
BRIAN WOLOSHIN, on behalf of himself
and all others similarly situated

              Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

              Defendant.
---------------------------------------------------------------- x

Case No. 07 CV 6664 (KMK)

ECF CASE

Magistrate Judge Yanthis

**AFFIDAVIT OF JAMES H. ROTONDO IN SUPPORT OF**
**<u>MOTION TO ADMIT COUNSEL *PRO HAC VICE*</u>**

STATE OF CONNECTICUT    )
                                    )
COUNTY OF HARTFORD      )

    **JAMES H. ROTONDO,** being duly sworn, depose and say:

    1.    I am a partner with the law firm of Day Pitney LLP, attorneys for defendant Aetna Life Insurance Company, in the above-captioned matter.

    2.    I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

    3.    As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the States of Connecticut and Massachusetts. I am also admitted to practice before the United States District Court for the District of Connecticut and U.S. Court of Appeals, Second Circuit.

    4.    There are no pending disciplinary proceedings against me in any State or Federal court.

-2-

5.  Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

_____
James H. Rotondo

Subscribed and sworn to before me this 31st day of August, 2007.

_____
Notary Public
My Commission Expires _____.

**L. H. BUTTON**
*NOTARY PUBLIC*
COMMISSION EXPIRES MAR. 31, 2009



# State of Connecticut
## Supreme Court

I, **Michéle T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify that, in the Superior Court at **Hartford** on the **seventeenth**, day of **November** **1981**

**James H. Rotondo**

of

**West Hartford, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this **twenty-fourth** day of **August**, 20 **07**.

Michéle T. Angers

Chief Clerk



# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **April** A.D. **2000**, said Court being the highest Court of Record in said Commonwealth:

## James H. Rotondo

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fourteenth** day of **September** in the year of our Lord **two thousand and seven**.



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BRIAN WOLOSHIN, on behalf of himself
and all others similarly situated

                                      **Plaintiff,**

    -against-

AETNA LIFE INSURANCE COMPANY,

                                      **Defendant.**
-----------------------------------------------------------------x

Case No. 07 CV 6664 (KMK)

ECF CASE

Magistrate Judge Yanthis

## AFFIDAVIT OF JONATHAN M. BORG

**STATE OF NEW YORK** )
                          ) s.s.:
**COUNTY OF NEW YORK** )

    1.    I am an associate with DAY PITNEY LLP, counsel for defendant Aetna Life Insurance Company ("Aetna") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Aetna's motion to admit James H. Rotondo as counsel *pro hac vice* to represent Aetna in this matter.

    2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law before the Courts of the State of New York on March 1, 1999. I am also admitted to the bars of the United States District Courts for the Southern, Eastern, and Northern Districts of New York, the Northern and Southern Districts of Texas, the District of Colorado, and the Eastern District of Michigan, and the United States Court of Appeals for the Second Circuit. I am in good standing with this Court and all other Courts in which I am admitted.

    3.    I have known Mr. Rotondo since 2007.

    4.    Mr. Rotondo is a partner of DAY PITNEY LLP in its Hartford, Connecticut office.

5. I have found Mr. Rotondo to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of James H. Rotondo *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of James H. Rotondo *pro hac vice*, which is attached hereto as Exhibit "B".

**WHEREFORE** it is respectfully requested that the motion to admit James H. Rotondo *pro hac vice* to represent defendant Aetna Life Insurance Company in the above captioned matter be granted.

JONATHAN M. BORG (JB-9487)

Sworn to before me this 27th
day of September, 2007

Notary Public

CHIU CONRAD
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02CH6102451
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 12/06/2007

1559373A06092707

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BRIAN WOLOSHIN, on behalf of himself
and all others similarly situated

                                  Plaintiff,

    -against-

AETNA LIFE INSURANCE COMPANY,

                                  Defendant.
-----------------------------------------------------------------x

Case No. 07 CV 6664 (KMK)

ECF CASE

Magistrate Judge Yanthis

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Jonathan M. Borg, Esq., DAY PITNEY LLP, attorneys for Aetna Life Insurance Company, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    James H. Rotondo, Esq.
    DAY PITNEY LLP
    242 Trumbull St.
    Hartford, CT 06103
    Telephone:  (860) 275-0100
    Facsimile:  (860) 275-0343
    Email: jhrotondo@daypitney.com

is admitted to practice *pro hac vice* as counsel for defendant Aetna Life Insurance Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: White Plains, NY
              _____, 2007

                                                                    _____
                                                                    United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned states that on the 28th day of September, 2007, he caused a copy of the

**MOTION FOR PRO HAC VICE ADMISSION OF JAMES ROTONDO** to be served upon:

Gina M Tufaro, Esq.
Abbey Spanier Rodd Abrams & Paradis, LLP
212 East 39th Street
New York, NY 10016

by sending a copy of same via first class mail, prepaid and addressed to its regular mailing address.

Dated: New York, New York
September 28, 2007

_____
JONATHAN M. BORG