UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BRIAN WOLOSHIN, on behalf of himself      Case No. 07 CV 6664 (KMK)
and all others similarly situated

                                                  ECF CASE
                                  Plaintiff,

                                                  Magistrate Judge Yanthis

       -against-

AETNA LIFE INSURANCE COMPANY,

                                  Defendant.
-----------------------------------------------------------------x

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

       Upon the motion of Jonathan M. Borg, Esq., DAY PITNEY LLP, attorneys for Aetna Life Insurance Company, and said sponsor attorney's affidavit in support;

       **IT IS HEREBY ORDERED** that

> James H. Rotondo, Esq.
> DAY PITNEY LLP
> 242 Trumbull St.
> Hartford, CT 06103
> Telephone:    (860) 275-0100
> Facsimile:     (860) 275-0343
> Email: jhrotondo@daypitney.com

is admitted to practice *pro hac vice* as counsel for defendant Aetna Life Insurance Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: White Plains, NY
        October 4, 2007

                                                      _____
                                                      United States Magistrate Judge
                                                      District

1559373A06092707