AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

BRIAN WOLOSHIN, individually and on behalf of all others similarly situated,
　　　　　　　Plaintiff,

vs.

AETNA LIFE INSURANCE COMPANY,
　　　　　　　Defendant,

**APPEARANCE**

Case Number: 07 CV 6664

To the Clerk of this court and all parties of record:

　Enter my appearance as counsel in this case for

　Plaintiff, Brian Woloshin

I certify that I am admitted to practice in this court.

| 10/24/2007 | /s/ Paul O. Paradis |
|---|---|
| Date | Signature |
| | Paul O. Paradis — PP9335 |
| | Print Name / Bar Number |
| | 28 W. 44th Street, 16th Fl |
| | Address |
| | New York / NY / 10036 |
| | City / State / Zip Code |
| | (212) 404-2200 / (212) 404-2226 |
| | Phone Number / Fax Number |