**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

**BRIAN WOLOSHIN, on behalf of himself**          **Case No. 07 CV 6664 (KMK)**
**and all others similarly situated**

                                                                       **ECF CASE**

                              **Plaintiff,**

**v.**                                                                  **Magistrate Judge Yanthis**


**AETNA LIFE INSURANCE COMPANY,**

                              **Defendant.**
------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for defendant Aetna Life Insurance

Company.  I certify that I am admitted to practice in this Court.

Dated: Hartford, Connecticut
            November 2, 2007


                                        _____/s/ James H. Rotondo_____
                                        James H. Rotondo (JR3966)
                                        Day Pitney LLP
                                        242 Trumbull Street
                                        Hartford, Connecticut 06103-1212
                                        (860) 275-0197
                                        (860) 881-2470 fax


## CERTIFICATION

        I hereby certify that on this date a copy of foregoing **Notice of Appearance** was filed
electronically and served by mail on anyone unable to accept electronic filing.  Notice of this
filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or
by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic
Filing.  Parties may access this filing through the Court' s CM/ECF System.


                                        _____/s/ James H. Rotondo_____
                                        James H. Rotondo (JR3966)