## CERTIFICATE OF SERVICE

I, Kerry Ann Reid, hereby certify that on November 15, 2007, I caused the following document:

**STIPULATION and [PROPOSED] ORDER CONCERNING FILING OF PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT**

to be served via MESSENGER on the following party:

JONATHAN M. BORG
**DAY PITNEY, LLP**
Times Square Tower
7 Times Square
New York, NY 10036

and via United States First Class Mail on the following party:

RICHARD J.QUADRINO
MICHAIL Z. HACK
**QUADRINO & SCHWARTZ, P.C.**
666 Old Country Road, 9th Floor
Garden City, New York 11530

Dated: November 15, 2007

Kerry-Ann Reid