

**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN WOLOSHIN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>        Defendant. | 07 CV 6664 (KMK) (GAY)<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _____ |

### STIPULATION and [PROPOSED] ORDER CONCERNING FILING OF PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT

**WHEREAS,** Plaintiff's Amended Class Action Complaint filed on September 13, 2007 contained a jury demand;

**WHEREAS,** on October 26, 2007 Defendant wrote to the Court and requested that the Court strike Plaintiff's jury demand (the "October 26, 2007 Letter");

**WHEREAS,** the Court conducted a telephonic conference with the parties on November 6, 2007, and directed Plaintiff to respond to the October 26, 2007 Letter;

**WHEREAS,** following the telephonic conference with the Court, the parties met and conferred concerning the filing of Plaintiff's Second Amended Class Action Complaint; and

**WHEREAS,** after having met and conferred, the parties agreed, and hereby stipulate that, in lieu of otherwise responding to the October 26, 2007 Letter wherein Defendant requested that the Court strike Plaintiff's jury demand, Plaintiff will file the

Second Amended Class Action Complaint, attached as Exhibit 1 hereto, which does not contain a jury demand.

### IT IS HEREBY STIPULATED AND ORDERED THAT:

1. Plaintiff's Second Amended Class Action Complaint, annexed as Exhibit 1 hereto, is filed.

2. Defendant shall have until December 10, 2007 to respond to Plaintiff's Second Amended Class Action Complaint.

Dated: November 13, 2007

PLAINTIFF, BRIAN WOLOSHIN

By *Paul O Paradis* w/p
Paul O. Paradis (PP-9335)
Gina M. Tufaro (GT-5419)
Horwitz, Horwitz & Paradis,
Attorneys at law
28 West 44th Street – 16th Floor
New York, New York 10036
(212) 404-2200
(212) 404-2226 fax

Richard J. Quadrino
Michail Z. Hack
Quadrino Schwartz, P.C.
666 Old Country Road – Ninth Floor
Garden City, New York 11530
(516) 745-1122
(516) 745-0844
His Attorneys

DEFENDANT, AETNA LIFE INSURANCE COMPANY

By *James H. Rotondo* w/p
Jonathan Matthew Borg (JB-9487)
Day Pitney LLP
7 Times Square
Times Square Tower
New York, New York 10036
(212) 297-5800
(212) 682-3485 fax

James H. Rotondo (JR3966)
Day Pitney LLP
242 Trumbull Street
Hartford, Ct. 06103
(860) 275-0197
(860) 881-2470
Its Attorneys

SO ORDERED this 14th day of November, 2007

_____
U.S.D.J.