AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

BRIAN WOLOSHIN, individually and on behalf of all others similarly situated,
          Plaintiff,

vs.

AETNA LIFE INSURANCE COMPANY,
          Defendant,

**APPEARANCE**

Case Number: 07 CV 6664

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Brian Woloshin

I certify that I am admitted to practice in this court.

| 12/6/2007 | _[signature]_ |
|---|---|
| Date | Signature |

| Edward Y. Kroub | EY4999 |
|---|---|
| Print Name | Bar Number |

28 W. 44th Street, 16th Fl
Address

| New York | NY | 10036 |
|---|---|---|
| City | State | Zip Code |

| (212) 404-2200 | (212) 404-2226 |
|---|---|
| Phone Number | Fax Number |