AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

BRIAN WOLOSHIN, individually and on behalf of all others similarly situated,
    Plaintiff,

vs.

AETNA LIFE INSURANCE COMPANY,
    Defendant,

**APPEARANCE**

Case Number: 07 CV 6664

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Brian Woloshin

I certify that I am admitted to practice in this court.

_____
1/28/2008
Date

_____
Signature

Michael A. Schwartz     MS2352
Print Name     Bar Number

28 W. 44th Street, 16th Fl
Address

New York     NY     10036
City     State     Zip Code

(212) 404-2200     (212) 404-2226
Phone Number     Fax Number