UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN WOLOSHIN, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>             Defendant. | Civil Action No. 07 CV 6664(KMK)<br><br>Magistrate Judge Yanthis<br><br>ECF Case<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _____ |

### [PROPOSED] ORDER TO SHOW CAUSE WHY DEFENDANT AETNA LIFE INSURANCE COMPANY SHOULD NOT BE IMMEDIATELY AND PERMANENTLY ENJOINED FROM EX PARTE COMMUNICATIONS WITH ABSENT CLASS MEMBERS

**WHEREAS**, Plaintiff served <u>Plaintiff's Application For An Order To Show Cause Why Defendant Aetna Life Insurance Company Should Not Be Immediately and Permanently Enjoined From Ex Parte Communications With Absent Class Members</u> on February 12, 2008 (the "Application"), and filed such Application with the Court on February 13, 2008; and

**WHEREAS,** the Court has reviewed and considered Plaintiff's Application and found that good cause exists to grant Plaintiff's Application,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Application is granted.

2. Defendant shall serve any papers in opposition to Plaintiff's Application by no later than February 20, 2008.

3. Plaintiff shall serve any Reply papers by no later than ✓ __February 25, 2008__.

4. The Court will hear argument on Plaintiff's Application on ✓ __February 28__ at ~~p.~~ 10 am ~~m~~.

5. ✓ Plaintiff is (not) required to post a bond in the amount of _____ in connection with Plaintiff's Application.  (KMK)

S O   O R D E R E D

✓ February 13, 2008

SO OREDERED:

_____
Hon. Kenneth M. Karas
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BRIAN WOLOSHIN, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>               Defendant. | Civil Action No.  07 CV 6664 |

# CERTIFICATE OF SERVICE

I, Kerry Ann Reid, hereby certify that on February 12, 2008, I caused the following documents:

PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANT AETNA LIFE INSURANCE COMPANY SHOULD NOT BE IMMEDIATELY AND PERMANENTLY ENJOINED FROM EX PARTE COMMUNICATIONS WITH ABSENT CLASS MEMBERS

AND

AFFIDAVIT OF EDWARD Y. KROUB IN SUPPORT THEREOF;

to be served via MESSENGER on the following party:

JONATHAN M. BORG
**DAY PITNEY, LLP**
Times Square Tower
7 Times Square
New York, NY 10036

and via facsimile on the following party:

RICHARD J. QUADRINO
MICHAIL Z. HACK
**QUADRINO & SCHWARTZ, P.C.**
666 Old Country Road, 9th Floor
Garden City, New York 11530
(516) 745-0844

Dated: February 12, 2008

Kerry-Ann Reid

2