

# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

JONATHAN M. BORG
Attorney At Law

7 Times Square
New York, NY 10036
(212) 297-5816  F: (212) 916-2940
JBorg@daypitney.com

**MEMO ENDORSED**

February 14, 2008

**VIA FACSIMILE**

Hon. Kenneth M. Karas, U.S. District Judge
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, NY 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Attn.: Hon. Kenneth M. Karas, U.S. District Judge

Re:  **Woloshin v. Aetna Life Insurance Company**
     Southern District of New York, Case No. 07 CV 6664 (KMK)(GAY)

Dear Honorable Sir:

This firm represents Aetna Life Insurance Company ("Aetna"), the defendant in the above matter, in which the Court signed an Order to Show Cause on February 13, 2008 upon the application of plaintiff Brian Woloshin ("Woloshin") for injunctive relief.

By letter dated February 13, 2008, the undersigned requested a telephonic conference regarding the briefing schedule for the Order to Show Cause.  The conference was requested due to the absence of James Rotondo, Esq. next week due to a family vacation.  Mr. Rotondo is lead counsel on behalf of Aetna, is the primary attorney who is communicating with the client, and has significant experience representing Aetna.  The client also expects him to be directly involved with the opposition to the Order to Show Cause.

The undersigned was contacted yesterday afternoon by Your Honor's chambers to schedule a telephone conference for next week, at which time the above scheduling issues and Mr. Rotondo's unavailability for a conference call were explained.  The undersigned was advised he could therefore submit a letter request for an adjournment, but he stated that Aetna had already sought consent from Woloshin's counsel, and was advised to notify the Court of the response in his letter.

83021220A04021408

**DAY PITNEY** LLP

Hon. Kenneth M. Karas, U.S. District Judge
February 14, 2008
Page 2

Woloshin's counsel is unwilling to consent to Aetna's request for an adjournment. Counsel for Woloshin did state that March 6 or 7, 2008 would be available for him for oral argument dates if the Court were inclined to modify the briefing and argument schedule. Those dates are also available for Mr. Rotondo.

In light of Mr. Rotondo's absence from the office next week, and his inability to participate in the preparation of Aetna's opposition to Woloshin's Order to Show Cause according to the current briefing schedule, it is respectfully requested that the Court adjourn the date by which Aetna must submit its opposition to February 27, 2008 adjourn the date for Woloshin's reply to March 4, 2008, and adjourn the oral argument date to March 6 or 7, 2008.

The Court's consideration of this matter is greatly appreciated. The undersigned is available at the Your Honor's convenience in the event the Court has any questions.

Respectfully submitted,

*/s/ Jonathan M. Borg*

Jonathan M. Borg

cc: Paul O. Paradis, Esq. (via facsimile)
Richard J. Quadrino, Esq. (via facsimile)
James H. Rotondo, Esq. (via email)

*The revised schedule is approved and oral argument is moved to March 6, 2008, at 3:00*

SO ORDERED
KENNETH M. KARAS
2/15/08

83021220A04021408