# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BRIAN WOLOSHIN, on behalf of himself           Case No. 07 CV 6664 (KMK)
and all others similarly situated
                                               ECF CASE
                           Plaintiff,
                                               Judge Karas
        -against-

AETNA LIFE INSURANCE COMPANY,

                           Defendant.
-----------------------------------------------------------x

### AFFIDAVIT OF MARK OTIS

I, Mark Otis, having duly been sworn, do hereby depose and state that:

1.  I am over the age of eighteen and understand the obligations of an oath.

2.  I make this affidavit based on personal knowledge, experience at Aetna Life Insurance Co. ("Aetna") and my review of the underwriting file for the Group Accident and Health Insurance Policy, GP-701176-A, that Aetna sold to Memec, LLC ("Memec"), including the group long-term disability policy issued to Memec for the benefit of its employees.

3.  I have been employed at Aetna for 19 years, and currently am an Underwriting Manager. In this capacity, I manage a team of 15 underwriters. As a group, we are primarily responsible for assessing risk and providing pricing for Group Insurance Requests for Proposals (RFPs) to employer groups who have between 50 and 3,000 employees.

4.  In 2004, Aetna sold long-term disability policies to a number of different types of entities including: (a) employers for the benefits of their employees; (b) trusts on behalf of employer groups; and (c) associations. In 2004, Aetna did not sell long-term disability

policies to issuers of credit cards to insure cardholders or financial institutions to insure account holders or members of those institutions.

5. Based on my review of the Aetna underwriting file relating to Memec, the Memec policy, GP-701176-A, was issued directly to Memec, as an employer, for the benefit of its employees.

6. That underwriting file indicates that, at the time the policy was sold to Memec, it was a company located in San Diego, California, which provided distribution services to international manufacturers and suppliers of semi-conductors.

_____
Mark Otis

Subscribed and sworn to before me this 25th day of February, 2008.

_____
Notary Public/~~Commissioner of the Superior Court~~
My Commission Expires:

SUZANNE P. MICKLICH
NOTARY PUBLIC
MY COMMISSION EXPIRES 8/31/09

-2-