```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN WOLOSHIN,
                 Plaintiff,

-v-

AETNA LIFE INSURANCE COMPANY,
                 Defendant.

Case No. 07-CV-6664 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    For the reasons discussed during the March 6, 2008 hearing on Plaintiff's Order to Show Cause, Plaintiff's motion is deemed moot and DENIED without prejudice. The Parties will each submit a letter to the Court by March 17, 2008 updating the Court on the progress of discovery. If necessary, the Parties' letters will also outline the merits of their respective positions on Plaintiff's requests for monitoring of Defendant's future communications with potential class members, including any calls to Defendant's "800" number. The Parties will return for a status conference at a date to be determined.

SO ORDERED.

Dated:    March 7, 2008
            White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Service List:

Michael Adam Schwartz, Esq.
Horwitz, Horwitz & Paradis
28 West 44th Street
16th Floor
New York, NY 10036
(212) 404-2200
Fax: (212) 404-2226
Email: mschwartz@hhplawny.com
*Counsel for Plaintiff*

Paul Oliva Paradis, Esq.
Horwitz, Horwitz & Paradis
28 West 44th Street
16th Floor
New York, NY 10036
(212) 404-2200
Fax: (212) 404-2226
Email: pparadis@hhplawny.com
*Counsel for Plaintiff*

Edward Y. Kroub, Esq.
Horwitz, Horwitz & Paradis
28 West 44th Street
16th Floor
New York, NY 10036
(212) 404-2222
Fax: (212) 404-2226
Email: ekroub@hhplawny.com
*Counsel for Plaintiff*

Gina M Tufaro, Esq.
Horwitz, Horwitz & Paradis
28 West 44th Street
16th Floor
New York, NY 10036
(212) 404-2200
Fax: (212) 404-2226
Email: GTufaro@hhplawny.com
*Counsel for Plaintiff*

James H. Rotondo, Esq.
Day Pitney, L.L.P. (Hartford)
242 Trumbull Street
Hartford, CT 06103
(860) 275-0197
Fax: (860) 881-2470
Email: jhrotondo@daypitney.com
*Counsel for Aetna Life Insurance Company*

Jonathan Matthew Borg, Esq.
Day Pitney, L.L.P. (Times Square)
Times Square Tower
7 Times Square
New York, NY 10036
(212) 297-5816
Fax: (212) 916-2940
Email: jborg@daypitney.com
*Counsel for Aetna Life Insurance Company*

James T. Rotondo, Esq.
Day Pitney LLp
242 Trumbull Street
Hartford, CT 06103
(860) 275-0100
Fax: (860) 275-0343
*Counsel for Aetna Life Insurance Company*