UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
BRIAN WOLOSHIN, on behalf of himself
and all others similarly situated,

        Plaintiff,

v.

AETNA LIFE INS. CO.,

        Defendant.
------------------------------------------x

Case No. 7:07 CV 6664 (KMK)

Magistrate Judge Yanthis

ECF Case

## JOINT STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS DATED FEBRUARY 18, 2008

It is hereby stipulated and agreed by plaintiff Brian Woloshin ("Woloshin"), by and through his attorneys, and defendant Aetna Life Insurance Company ("Aetna"), by and through its attorneys, that:

1. The time for Aetna to respond by producing documents and/or objecting to Woloshin's First Request for the Production of Documents dated February 18, 2008 (the "Requests") shall be extended through and including May 5, 2008;

2. Prior to May 5, 2008 Aetna will produce, under cover of letter, documents responsive to Requests 1, 2, 3, 4, 6, and 7 within two weeks of the Court entering an appropriate protective order. Such productions will be subject to and without waiving Aetna's right to assert objections to these Requests, which shall be set forth in Aetna's May 5, 2008 responses; and

3. Plaintiff and Defendant agree to submit an amended Form 26(f) Report of the Parties thereby extending by 45 days all of the deadlines listed in ¶¶ 3-4 of the 26(f) Report of the Parties dated November 5, 2007, as follows:

(a) All discovery, including depositions of expert witnesses will be commenced immediately and completed (not propounded) by January 5, 2009.

(b) Factual discovery to be completed by October 13, 2008.

(c) Class Certification:

   (i) Motion for Class Certification to be filed on or before August 29, 2008;

   (ii) Opposition to be served and filed on or before October 13, 2008; and,

   (iii) Reply to be served and filed on or before November 10, 2008.

(d) Reports from retained expert witnesses under Rule 26(a)(2) due:

   (i) Plaintiff to identify expert(s) and provide report(s) by August 11, 2008;

   (ii) Defendant to identify expert(s) and provide report(s) by September 29, 2008;

   (iii) Plaintiff and Defendant to identify rebuttal expert(s) and provide rebuttal report(s), if any, by November 29, 2008; and,

   (iv) completion of all expert depositions by January 5, 2009.

(e) Expert discovery to be completed by January 5, 2009.

(f) All dispositive motions will be filed by January 29, 2009.

**CONSENTED TO BY:**

Horwitz, Horwitz & Paradis ~~[scribbled out]~~

By: ~~[scribbled out]~~
Michael A. Schwartz (MS-2352)
Paul O. Paradis (PP-9335)
Gina M. Tufaro (GT-5419)
Edward Y. Kroub (EK-4999)
28 West 44th Street – 16th Floor
New York, NY 10036
(212) 404-2200
(212) 404-2226 fax

-and-

Richard J. Quadrino (RQ-0233)
Michail Z. Hack (MH-6127)
Quadrino Schwartz, P.C.
666 Old Country Road – Ninth Floor
Garden City, NY 11530
(516) 745-1122
(516) 745-0844 fax

Attorneys for Plaintiff
Brian Woloshin, on behalf of himself
and all others similarly situated

Dated March 12, 2008

Day Pitney, LLP

By: /s/ James H. Rotondo
James H. Rotondo (JR-3966)
jhrotondo@daypitney.com
Day Pitney LLP
242 Trumbull Street
Hartford, Ct. 06103
(860) 275-0197
(860) 881-2470 fax

Jonathan Matthew Borg (JB-9487)
jborg@daypitney.com
Day Pitney LLP
7 Times Square
Times Square Tower
New York, New York 10036
(212) 297-5800
(212) 682-3485 fax

Attorneys for Defendant
Aetna Life Insurance Company

Dated March 12, 2008

So Ordered this 13 day of March, 2008

/s/ George A. Yanthis
Honorable George A. Yanthis, U.S.M.J.

- 3 -

Motions are to be filed in accordance with rules of Judge Karas. Telephone conference scheduled for September 09, 2008 at 9:00 A.m. π to initiate the call.

GAY/DH