# ᴰᴾ DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**JAMES H. ROTONDO**
Attorney at Law

242 Trumbull Street
Hartford, CT 06103

T: (860) 275 0197 F: (860) 881 2470
jhrotondo@daypitney.com

March 21, 2008

**VIA FAX**

Hon. Kenneth M. Karas, U.S. District Judge
United States District Court,
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: Brian Woloshin v. Aetna Life Insurance Company
    Southern District of New York Case No. 07 CV 6664 (KMK) (GAY)

Dear Judge Karas:

As counsel for the defendant Aetna Life Insurance Company ("Aetna") in connection with the above-referenced matter, I am writing to request an adjournment of the telephone conference scheduled for Tuesday, March 25 at 2:30 pm. On the afternoon of March 20, 2008, I contacted your clerk, Alicia, who gave me permission to fax this request.

I am making this request because I have a previously scheduled trial management conference in another case pending before United States District Court Judge Alvin W. Thompson that is scheduled to begin at 2 pm on Tuesday, March 25, 2008, and anticipated to last approximately two hours.

I have conferred with Michael Schwartz, counsel for plaintiff Brian Woloshin, and Mr. Schwartz has consented to this adjournment. Both Mr. Schwartz and I are available to participate in this telephonic conference at any time on Monday, March 24 or Wednesday, March 26 after 1 pm., if either of those times are convenient for Your Honor.

I can be reached at Your Honor's convenience at 860-275-0197 should the Court have any questions or require further information as to any of the foregoing request.

Very truly yours,

*James H. Rotondo*

James H. Rotondo

*Conference adjourned until March 26, 2008, at 3:00 pm.*

SO ORDERED

*/s/*

KENNETH M. KARAS U.S.D.J.
3/24/08

cc: Paul O. Paradis (via email and regular mail)
    Michael A. Schwartz (via email and regular mail)
    Richard J. Quadrino (via email and regular mail)
    Jonathan Borg (via email)