UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

BRIAN WOLOSHIN,

                Plaintiff,

-v-

AETNA LIFE INSURANCE COMPANY,

                Defendant.

Case No. 07-CV-6664 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

For the reasons discussed on the record during the status conference of March 26, 2008, Plaintiff's application requesting monitoring of Defendant's communications with putative class members is DENIED without prejudice.

SO ORDERED.

Dated:     March 28, 2008
             White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Service List:

Michael Adam Schwartz, Esq.
Horwitz, Horwitz & Paradis
28 West 44th Street
16th Floor
New York, NY 10036
Email: mschwartz@hhplawny.com
*Counsel for Plaintiff*

Paul Oliva Paradis, Esq.
Horwitz, Horwitz & Paradis
28 West 44th Street
16th Floor
New York, NY 10036
Email: pparadis@hhplawny.com
*Counsel for Plaintiff*

Edward Y. Kroub, Esq.
Horwitz, Horwitz & Paradis
28 West 44th Street
16th Floor
New York, NY 10036
Email: ekroub@hhplawny.com
*Counsel for Plaintiff*

Gina M Tufaro, Esq.
Horwitz, Horwitz & Paradis
28 West 44th Street
16th Floor
New York, NY 10036
Email: GTufaro@hhplawny.com
*Counsel for Plaintiff*

James H. Rotondo, Esq.
Day Pitney, LLP
242 Trumbull Street
Hartford, CT 06103
Email: jhrotondo@daypitney.com
*Counsel for Aetna Life Insurance Company*

Jonathan Matthew Borg, Esq.
Day Pitney, LLP
Times Square Tower
7 Times Square
New York, NY 10036
Email: jborg@daypitney.com
*Counsel for Aetna Life Insurance Company*