UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
BRIAN WOLOSHIN, on behalf of himself
and all others similarly situated

            Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

            Defendant.
------------------------------------------------------------- x

Case No. 07 CV 6664 (KMK)

ECF CASE

Magistrate Judge Yanthis

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in the case for defendant Aetna Life Insurance Company. I certify that I am admitted to practice in this Court.

Dated:  Stamford, Connecticut
         May 1, 2008

                                          /s/ Rosemary Q. Barry
                                        Rosemary Q. Barry
                                        rqbarry@daypitney.com
                                        Day Pitney, LLP
                                        One Canterbury Green
                                        Stamford, CT  06901
                                        (203) 977-7300
                                        (203) 977-7301

## CERTIFICATION

      I hereby certify that on this date a copy of the foregoing **Notice of Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CV/ECF System.

                                            /s/ Rosemary Q. Barry
                                          Rosemary Q. Barry

71448068.1