# DAY PITNEY LLP

BOSTON  CONNECTICUT  NEW JERSEY  NEW YORK  WASHINGTON, DC

JAMES H. ROTONDO
Attorney at Law

242 Trumbull Street
Hartford, CT 06103

T: (860) 275 0197 F: (860) 881 2470
jhrotondo@daypitney.com

# MEMO ENDORSED

May 14, 2008

**VIA OVERNIGHT MAIL**

Hon. Kenneth M. Karas, U.S. District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re:   Brian Woloshin v. Aetna Life Insurance Company
      Southern District of New York Case No. 07 CV 6664 (KMK) (GAY)

Dear Judge Karas:

  In response to the Court's questions at the March 6, 2008 hearing, I agreed on behalf of the defendant Aetna Life Insurance Company ("Aetna") to advise the Court and counsel for Mr. Woloshin in the event of a release or settlement of a claim by a putative class member. Although no release has been sought or given to any member of the class as identified in the operative complaint, I am writing, in an abundance of caution, to provide notice of the entry of dismissal of an action by a long-term disability claimant whose claim had been denied under the pre-existing provision clause and whose policy was governed by New York law.

  As part of the New York Pre-Ex Review, which was discussed with your Honor at both the March 6, 2008 and March 26, 2008 hearings, Aetna has determined that this claimant, who had previously been denied benefits based on the claimant's pre-existing condition, is entitled to long-term group disability benefits. Consequently, his counsel is prepared to withdraw the action, and sign a stipulation of dismissal with prejudice. The claimant's lawsuit seeking benefits was filed before the Court of Appeals decision in *Benesowitz* and therefore before this class action lawsuit was commenced on or about July 24, 2007. The claimant has been and still is represented by independent counsel in connection with his lawsuit. The stipulation of dismissal is expected to be executed and filed within 14 days. Moreover, the claimant is not part of the class as identified in the operative complaint, the Second Amended Complaint, because he is not a New York resident. Although the stipulation of dismissal is not a release and this claimant is not part of the class as defined in the operative complaint, Aetna considered it best to provide notice of this development.

**DAY PITNEY** LLP

Hon. Kenneth M. Karas, U.S. District Judge
May 14, 2008
Page 2

      I can be reached at Your Honor's convenience at 860-275-0197 should the Court have any questions or require further information as to any of the foregoing.

                              Very truly yours,

                              *James H. Rotondo*
                              James H. Rotondo

cc:    Michael A. Schwartz (via overnight mail)
        Richard J. Quadrino (via overnight mail)
        Rosemary Q. Barry (via e-mail)

*The Clerk is respectfully requested to docket this letter.*

*So Ordered.*

*[signature] KMK*
*5/16/08*