# ▯ DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC



**JONATHAN M. BORG**
Attorney At Law

7 Times Square
New York, NY 10036
T: (212) 297-5816 F: (212) 916-2940
jborg@daypitney.com

May 6, 2008

**VIA FACSIMILE**

United States District Court,
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Attn:  Hon. George A. Yanthis, U.S. Magistrate Judge

Re:   **Woloshin v. Aetna Life Insurance Company**
      Southern District of New York Case No. 07 CV 6664 (KMK) (GAY)

Dear Honorable Sir:

This firm represents Aetna Life Insurance Company ("Aetna"), the defendant in the above matter, in which the undersigned, James H. Rotondo, and Rosemary Q. Barry have appeared.

Pursuant to the instruction of Chambers following my telephone call of this morning, this letter is written to respectfully request that the Court terminate the appearance of the undersigned in this matter.  Mr. Rotondo and Ms. Barry will continue to remain as counsel of record for Aetna herein.

The undersigned is available at Your Honor's convenience in the event the Court has any questions.

Respectfully submitted,

Jonathan M. Borg

cc:   Paul O. Paradis, Esq. (via facsimile)
      Richard J. Quadrino, Esq. (via facsimile)
      James H. Rotondo, Esq. (via email)
      Rosemary Q. Barry, Esq. (via email)

83050259A02050608