UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
**BRIAN WOLOSHIN, on behalf of himself**        Case No. 07 CV 6664 (KMK)
**and all others similarly situated**

                                              ECF CASE

                 **Plaintiff,**

v.        Magistrate Judge Yanthis

**AETNA LIFE INSURANCE COMPANY,**

                 **Defendant.**
------------------------------------------------------------------- x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for Defendant Aetna Life Insurance Company. I certify that I am admitted to practice in this Court.

Dated: Hartford, Connecticut
       August 6, 2008

                                                   /s/ Andrea E. K. Thomas
                                           Andrea E. K. Thomas (AT8166)
                                           Day Pitney LLP
                                           242 Trumbull Street
                                           Hartford, Connecticut 06103-1212
                                           (860) 275-0647
                                           (860) 881-8833 fax

## CERTIFICATION

      I hereby certify that on this date a copy of foregoing **Notice of Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court' s CM/ECF System.

                                                   /s/ Andrea E. K. Thomas
                                             Andrea E. K. Thomas (AT8166)