

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————x

**BRIAN WOLOSHIN, on behalf of himself**
**and all others similarly situated**

        **Plaintiff,**

   -against-

**AETNA LIFE INSURANCE COMPANY,**

        **Defendant.**

———————————————————————x

**Case No. 07 CV 6664 (KMK)**

**ECF CASE**

**Magistrate Judge Yanthis**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

## STIPULATION AND PROPOSED ORDER

   The Parties hereby submit this Stipulation and Proposed Order for the Court's consideration staying the deadlines listed in the March 13, 2008 Joint Stipulation and Order Extending Defendant's Time to Respond to Plaintiff's First Request for the Production of Documents (the "Scheduling Order") as follows:

   WHEREAS, On March 13, 2008, the Court entered the Scheduling Order, requiring, *inter alia,* that Plaintiff file his Motion for Class Certification on or before August 29, 2008 and that all dispositive motions will be filed by January 29, 2009;

   WHEREAS, Defendant has stated its intentions to file a Motion for Summary Judgment;

   WHEREAS, The Parties have been engaging in discovery in connection with Defendant's Motion for Summary Judgment;

   WHEREAS, Defendant has agreed to produce for depositions the four witnesses designated by Plaintiff as soon as practicable.

   WHEREAS, The Parties have agreed that a decision on Defendant's Motion for Summary Judgment may be dispositive of the Plaintiff's claims in this action;

**THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT:**

1.     Plaintiff shall complete all discovery relating to Defendant's Motion for Summary Judgment by October 15, 2008.

2.     Defendant shall file its letter to Judge Karas seeking leave to file its motion for Motion for Summary Judgment by October 20, 2008.

3.     All other future deadlines listed in the Scheduling Order are stayed pending the Court's decision on Defendant's Motion for Summary Judgment.

**CONSENTED TO BY:**

Horwitz, Horwitz & Paradis

By: _____

Paul O. Paradis (PP-9335)
Michael A. Schwartz (MS-2352)
Gina M. Tufaro (GT-5419)
Edward Y. Kroub (EK-4999)

28 West 44th Street – 16th Floor
New York, NY 10036
(212) 404-2200
(212) 404-2226 fax

-and-

Richard J. Quadrino (RQ-0233)
Michail Z. Hack (MH-6127)
Quadrino Schwartz, P.C.
666 Old Country Road – Ninth Floor
Garden City, NY 11530
(516) 745-1122
(516) 745-0844 fax

*Attorneys for Plaintiff Brian Woloshin,*
*on behalf of himself*
*and all others similarly situated*

Dated:
New York, New York
August 26, 2008

So Ordered this ___ day of August 2008

_____
Honorable George A. Yanthis, U.S.M.J.

Day Pitney, LLP

By: _____

James H. Rotondo (JR-3966)
jhrotondo@daypitney.com
Rosemary Q. Barry
rqbarry@daypitney.com
Andrea E.K. Thomas
athomas@daypitney.com

242 Trumbull Street
Hartford ,Ct. 06103
(860) 275-0197
(860) 881-2470 fax

*Attorneys for Defendant Aetna Life Insurance*
*Company*

Dated: